IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| COLONY INSURANCE COMPANY, | ) | |
| as subrogee for Regeneration, LLC and | ) | |
| Roy Granger, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:14-cv-1051-WHA-TFM |
| | ) | |
| AL & SONS CORP. and | ) | (WO) |
| AL MITCHELL, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of the Plaintiff's Motion in Limine (Doc. #35), the Defendants' First and Second Motions in Limine (Doc. #'s 39, 40), and the Objection to Witness List (Doc. #36), filed on October 5, 2015, it is hereby

ORDERED that any opposing party shall show cause, if any there be, **on or before October 12, 2015**, why the motion should not be granted or objection not be sustained. The motions and objections will be taken under submission on that day for determination without oral argument.

DONE this 6th day of October, 2015.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE