IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| COLONY INSURANCE COMPANY, | ) | |
| as subrogee for Regeneration, LLC and | ) | |
| Roy Granger, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:14-cv-1051-WHA-TFM |
| | ) | |
| AL & SONS CORP. and | ) | (WO) |
| AL MITCHELL, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This cause is before the court on Defendants Al & Sons Corporation and Al Mitchell's (collectively, "Defendants") First Motion in Limine (Doc. #39).

In their First Motion in Limine, the Defendants seek to exclude any evidence or argument regarding the insurance policy defending or indemnifying any claims against the Defendants in this case pursuant to Rules 401 and 411 of the Federal Rules of Evidence. Colony Insurance states in response that it does not oppose the Motion in Limine being GRANTED (Doc. #46).

Accordingly, it is hereby ORDERED that the Defendants' First Motion in Limine (Doc. #39) is GRANTED.

DONE this 27th day of October, 2015.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE